FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED
2007 JUL 25 A 9:21

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name: __Courtney Boyd__

Prison Number: __208921__

__Easterling Corr. Fac.__

Place of Confinement

United States District Court __Middle__ District of __Alabama__

Case No. __2:07-cv-672-MEF__
(To be supplied by Clerk of U. S. District Court)

__Courtney Boyd__, PETITIONER
(Full name) (Include name under which you were convicted)

__Warden Boyd__, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF __Alabama__

__Troy King__, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies* must be</u> mailed to the Clerk of the United States District Court whose address is
    P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Montgomery Circuit Court_

2. Date of judgment of conviction _11-18-99_

3. Length of sentence _20 Years_    Sentencing Judge _1-6-2000_

4. Nature of offense or offenses for which you were convicted: _Robbery I_

5. What was your plea? (check one)
   (a) Not guilty (✓)
   (b) Guilty    ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes (✓) No ( )

8. Did you appeal from the judgment of conviction? Yes (✓) No ( )

9. If you did appeal, answer the following:
   (a) Name of court _Court of Criminal Appeal_
   (b) Result _Affirmed by memorandum_
   (c) Date of result _May 19, 2000_
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _Alabama Supreme Court, No Opinion June 6, 2000._

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court _Circuit Court_
       (2) Nature of proceeding _Rule 32_
       (3) Grounds raised _Ineffective Assistance of Counsel_

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
       (5) Result _Dismissed with Prejudice_
       (6) Date of result _Dec. 11, 2000_
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court _Circuit Court_
       (2) Nature of proceeding _Rule 32_
       (3) Grounds raised _Unconstitutionally of Statute 13A-8-61_

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
       (5) Result _Denied_
       (6) Date of result _Dec. 2, 2003_

(c) As to any third petition, application or motion, give the same information:
   (1) Name of Court _Circuit Court_
   (2) Nature of proceeding _Rule 32_
   (3) Grounds raised _Void ~~~~ Indictment_
   _____
   _____
   _____
   _____
   _____
   _____

   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
   (5) Result _Dismissed_
   (6) Date of result _May 28, 2004_

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
   (1) First petition, etc.      Yes (✓) No ( )
   (2) Second petition, etc.     Yes (✓) No ( )
   (3) Third petition, etc.      Yes (✓) No ( )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
   _____
   _____
   _____
   _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Illegal arrest, Conviction, sentenced**

Supporting FACTS (tell your story briefly without citing cases or law): The petitioner had illegal arrest for Robbery I on 1-24-99, at that time the victim told officer that he could not say the Robber him, because whoever it was had one mask. The victim did not sign the Complaint, and the officer was without evidence to sign both Affidavit and warrant of arrest, when there was never a crime committed in his presence. Because of these illegal documents the petitioner was convicted & sentenced to 20 years in prison.

B. Ground two: **False Imprisonment**

Supporting FACTS (tell your story briefly without citing cases or law): The petitioner was falsely imprisoned because of the illegal Affidavit & warrant of arrest signed by officer J. W. Solomon who was not the victim, and who did not see any crime take place. The victim did not sign any criminal complaint against the petitioner. The petitioner was indicted, convicted, sentenced, because of this illegal Affidavit & warrant of arrest.

C. Ground three: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D. Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: These Claims were not presented to any state Court because the petitioner just fund this [out] on June 6 2006, that he never had a criminal complaint filed against him by the victim of the crime.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____

(b) At arraignment and plea _____

(c) At trial _Winston Durrant_

(d) At sentencing _Same_

(e) On appeal _David G. Hum_

(f) In any post-conviction proceeding _[illegible]_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _Same_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )  No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )  No (✓)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    (b) And give date and length of sentence to be served in the future: _____
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _7-23-07_
                                                                                (date)

_[signature]_
Signature of Petitioner

Courtney Boyd #208421 C-14
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

United States - U.S. District
P.O. Box 711
Montgomery AL 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."