IN THE UNITED STATES MIDDLE
DISTRICT OF ALABAMA

Courtney Boyd
Petitioner
VS.                                    Case NO: 2:07CV-672-MEF
Gwendolyn Mosley, et al.,
Respondents.

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes Now, The petitioner, Courtney Boyd, moves into this Honorable Court seeking to have his Habeas Corpus, Dismiss without Prejudice. The petitioner submit the following in support:

1. The petitioner filed a Habeas Corpus Challenging his First Degree Robbery Conviction.

2. On July 27, 2007, This Honorable Court filed an Recommendation of The Magistrate Judge, order that it be Dismissed, because "Boyd" failed to obtain requisite order of the 11th Circuit Court of Appeals.

3. The petitioner request that this Honorable Court Dismiss this Cause without Prejudice, so that Boyd may file to the 11th Circuit Court of Appeal to get authorizing to file his petition.

page 1

Wherefore, The petitioner prays that this Honorable Court will grant this Motion, and Dismiss this cause without Prejudice.

Certificate Of Service

I, hereby Certify that I have served a Copy of the foregoing upon the Middle District Of Alabama, by placing it into Easterling Corr. Fac. mail box July 31, 2007.

Courtney F. Byrd

page 2

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
P.O. Box 711
Montgomery, AL 36101